**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
FILED
NOV 20 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 6:26-cr-138-REW

**BENJAMIN T. BLACK**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 1365(a)**

On or about a date in January 2026, the exact date unknown, and continuing through on or about a date in May 2026, the exact date unknown, in Floyd County, in the Eastern District of Kentucky,

**BENJAMIN T. BLACK,**

with reckless disregard for the risk that another person would be placed in danger of death or bodily injury, and under circumstances manifesting extreme indifference to such risk, did tamper with a consumer product that affected interstate or foreign commerce, specifically an inventory bottle of Oxycodone 10 mg, and with the labeling of a container for such a product, by removing the Oxycodone 10 mg tablets from their container and replacing them with Propranolol tablets, in violation of 18 U.S.C. § 1365(a).

**COUNT 2**
**18 U.S.C. § 670**

On or about a date in January 2026, the exact date unknown, and continuing through

on or about a date in May 2026, the exact date unknown, in Floyd County, in the Eastern District of Kentucky,

**BENJAMIN T. BLACK,**

a person employed by an organization in the supply chain for pre-retail medical products, that is a pharmacy, did knowingly and unlawfully take a pre-retail medical product, that is Oxycodone 10 mg tablets from Appalachian Regional Hospital Harold Pharmacy by using any means or facility of interstate or foreign commerce, in violation of 18 U.S.C. §670(a)(1) and (b)(1).

**<u>COUNT 3</u>**
**21 U.S.C. § 843(a)(3)**

On or about a date in January 2026, the exact date unknown, and continuing through on or about a date in May 2026, the exact date unknown, in Floyd County, in the Eastern District of Kentucky,

**BENJAMIN T. BLACK,**

while employed as a licensed pharmacist at Appalachian Regional Hospital Harold Pharmacy, did knowingly and intentionally acquire or obtain possession of a controlled substance, namely Oxycodone 10 mg tablets, by misrepresentation, fraud, forgery, deception or subterfuge, in violation of 21 U.S.C. § 843(a)(3).

**<u>FORFEITURE ALLEGATION</u>**
**21 U.S.C. § 853**

1. By virtue of the commission of the felony offense alleged in Count 3 of the Indictment, **BENJAMIN T. BLACK** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or facilitate the commission of the violation

of 21 U.S.C. § 843 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 843. Any and all interest that **BENJAMIN T. BLACK** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. The property to be forfeited includes, but is not limited to, the following:

**PROFESSIONAL LICENSE:**
Kentucky Board of Pharmacy License Number 021502 of Benjamin T. Black.

**A TRUE BILL**

[redacted]

**FOREPERSON**

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**KELLY KIRBY RIDINGS**
**ASSISTANT UNITED STATES ATTORNEY**

# PENALTIES

**COUNT 1:**

Imprisonment of not more than 10 years, a fine of not more than $250,000, and not more than 3 years supervised release.

**COUNT 2:**

Imprisonment of not more than 5 years, a fine of not more than $250,000, and not more than 3 years of supervised release.

**COUNT 3:**

Imprisonment of not more than 4 years, a fine of not more than $250,000, and not more than 1 year of supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.